UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

MELANIE STIPANOVICH VALDEZ,

Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

Defendant.

No.  CV-11-3065-RHW

JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The decision of the ALJ is **reversed** and the case is remanded to the ALJ for an immediate award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED:  October 18, 2013

SEAN F. McAVOY
Clerk of Court

By: *s/Linda Emerson*
       Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE